IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBRADO F. VILLARREAL JR., Plaintiff, v. JO ANNE B. BARNHART, Commissioner of the Social Security Administration, Defendant. | ) | CASE NO. 4:06CV3137<br>ORDER |

IT IS ORDERED:

1. The unopposed Motion for Enlargement of Time (Filing No. 13) filed by Plaintiff Librado F. Villarreal, Jr. is granted;

2. The Plaintiff shall file his initial brief on or before Monday, November 27, 2006; and

3. The Defendant shall file her responsive brief on or before Friday, December 29, 2006.

DATED this 17th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge