IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBRADO F. VILLARREAL JR., | ) | CASE NO. 4:06CV3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's unopposed motion for an extension of time within which to file his brief in support of the appeal. For good cause shown,

IT IS ORDERED:

The Plaintiff's Motion for an Extension of Time (Filing No. 15) is granted; and the Plaintiff shall file his brief in support of his appeal on or before December 27, 2006.

DATED this 6th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge