IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBRADO F. VILLARREAL JR., | ) | CASE NO.  4:06CV3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.      Plaintiff's Motion for Enlargement of Time (Filing No. 17) is granted;

2.      The previously imposed briefing deadlines no longer apply;

3.      Plaintiff's brief in support of the appeal shall be filed on or before Friday, January 26, 2007; and

4.      Defendant's brief in opposition to the appeal, if any, shall be filed on or before Wednesday, February 28, 2007.

DATED this 4th  day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge