IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIBRADO F. VILLARREAL, JR., | ) | CASE NO. 4:06CV3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Michael J. Astrue, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Application for Relief Under the Equal Access to Justice Act Pursuant to Sentence Four Remand (Filing No. 23), filed by Stephen Speicher, counsel for the Plaintiff Librado F. Villarreal, Jr. The Defendant, Commissioner Michael J. Astrue, has no objection to the application (Filing No. 24).

I find that Librado F. Villarreal is the prevailing party in this action, that the application for attorney's fees is in order, and that the attorney's fees requested by Mr. Speicher are reasonable. On these findings, I conclude that the award of fees should be granted under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly,

IT IS ORDERED:

1. The Plaintiff's Application for Relief Under the Equal Access to Justice Act Pursuant to Sentence Four Remand (Filing No. 23) is granted; and

2. Attorney's fees in the amount of $4,867.25, which represents 27.95 hours of attorney time and 13.75 hours of paralegal time, shall be awarded to attorney Stephen Speicher.

DATED this 5th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge